IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:25-cv-00159-KDB-DCK

DUKE ENERGY CAROLINAS, LLC,

 *Plaintiff*,

v.

LAKE CRUISES, INC. AND DEBORAH BOGGS HARWELL,

 *Defendants*.

**MOTION TO DISMISS IN LIEU OF ANSWER**

NOW COME DEFENDANTS Lake Cruises, Inc. and Deborah Boggs Harwell (collectively, "Defendants"), by and through the undersigned counsel, and hereby request that this Court dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, as this Court lacks subject matter jurisdiction over this case.

In support of this motion, Defendants show unto this Court the following:

1. Plaintiff invokes the jurisdiction of this Court pursuant to 28 U.S.C. § 1331 by purporting to raise a federal question.

2. The sole federal question posited by Plaintiff which could support this Court's subject matter jurisdiction is that Plaintiff brings an action for declaratory judgment pursuant to 28 U.S.C. § 2201.

3. A federal court cannot obtain subject matter jurisdiction over a case solely by virtue of a claim brought under the Declaratory Judgment Act, 28 U.S.C. § 2201 et seq.

4. Further, Defendants do not dispute Plaintiff's contentions regarding federal law, or the rights of either party thereunder.

5. The true dispute at issue is one for trespass to private land, a matter which is properly and quintessentially governed by state law.

6. Plaintiff has attempted to construct a claim which involves a federal question solely for the purpose of having a state-law claim for trespass heard in federal court.

1

7. Plaintiff's purported federal question arises from its licensure of rights to control and maintain the property at issue, such licensure having been obtained from the federal government.

8. Defendants have not disputed and do not dispute the existence of Plaintiff's federal licensure.

9. Defendants have thus not indicated any genuine controversy as to federal law, its interpretation, or its application such that an action for declaratory relief pursuant to 28 U.S.C. § 2201 can exist.

10. This Court does not have original subject matter jurisdiction over an action for trespass to private land which sits within the State of North Carolina's jurisdiction.

11. Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, this Court should dismiss Plaintiff's Complaint in its entirety.

Respectfully submitted,

This the 25th day of November, 2025.

**TLG Law**

_____
Benjamin J. Axelman
(N.C. Bar #62239)
David G. Redding
(N.C. Bar #24476)
2907 Providence Rd. #303
Charlotte, NC 28211
baxelman@tlg-law.com
dredding@tlg-law.com
*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that Defendants' MOTION TO DISMISS IN LIEU OF ANSWER complies with the Court's June 18, 2024 order related to the use of Artificial Intelligence. The undersigned hereby avers as follows:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexus, FastCase, and Bloomberg; and

2. Every statement and citation to an authority contained in this document has been checked by an attorney in this case and/or paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 25th day of November, 2025.

**TLG Law**

_____
Benjamin J. Axelman
(N.C. Bar #62239)
David G. Redding
(N.C. Bar #24476)
2907 Providence Rd. #303
Charlotte, NC 28211
baxelman@tlg-law.com
dredding@tlg-law.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MOTION TO DISMISS IN LIEU OF ANSWER with the Clerk of Court using the CM/ECF system, which will send a copy to all counsel as follows:

>Joshua D. Spencer
>HAYNSWORTH SINKLER BOYD, P.A.
>ONE North Main Street, 2nd Floor (29601)
>P.O. Box 2048
>Greenville, South Carolina 29602-2048
>Phone: (864) 240-3200
>Fax: (864) 240-3300
>jspencer@hsblawfirm.com
>
>*Attorney for Plaintiff*

This the 25th day of November, 2025.

**TLG Law**

_____
Benjamin J. Axelman
(N.C. Bar #62239)
David G. Redding
(N.C. Bar #24476)
2907 Providence Rd. #303
Charlotte, NC 28211
baxelman@tlg-law.com
dredding@tlg-law.com
*Attorneys for Defendants*