# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

DUKE ENERGY CAROLINAS, LLC,

PLAINTIFF,

v.

LAKE CRUISES, INC. AND DEBORAH
BOGGS HARWELL,

DEFENDANTS.

C.A. No.: 5:25-CV-00159-KDB-DCK

**RESPONSE TO DEFENDANTS'
MOTION TO DISMISS**

This matter is before the Court on Defendants' Motion to Dismiss (ECF No. 11) and Memorandum in Support of Defendants' Motion to Dismiss (ECF. No. 12) (collectively, the "Motion") Plaintiff, Duke Energy Carolinas, LLC's ("Duke Energy") Complaint pursuant to Rule 12(b)(1), Fed. R. Civ. P.  Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Duke Energy had the right to file an Amended Complaint within twenty-one (21) days of the filing of the Motion without order of the Court and did file an Amended Complaint on December 15, 2025 (ECF No. 15), before this twenty-one (21) day period expired on December 16, 2025.

The filing of Duke Energy's Amended Complaint rendered the original Complaint in this matter a nullity and no longer of any effect.  See Fawzy v. Wauquiez Boats SNC, 873 F.3d 451, 455 (4th Cir. 2017) ("Because a properly filed amended complaint supersedes the original one and becomes the operative complaint in the case, it renders the original complaint 'of no effect.'") (quoting Young v. City of Mt. Ranier, 238 F.3d 567, 573 (4th Cir. 2001)); see also 6 Charles Alan Wright et al., Federal Practice and Procedure §1476 (3d ed.) ("A pleading that has been amended under Rule 15(a) supersedes the pleading it modifies. . . . Once an amended pleading is interposed, the original pleading no longer performs any function in the case. . . .").  As a result, the filing of

Duke Energy's Amended Complaint under Rule 15(a)(1)(B) mooted the Motion directed to Duke Energy's original Complaint, and thus Duke Energy does not intend to file a substantive response to the Motion.[1] Coley v. Guy Properties, LLC, No. 3:24-CV-00016-KDB-SCR, 2024 WL 760228, at *1 (W.D.N.C. Feb. 21, 2024) ("It is well-settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot.").

Respectfully submitted,

**HAYNSWORTH SINKLER BOYD, P.A.**

/s/ Joshua D. Spencer
Joshua D. Spencer (N.C. Bar No. 50216)
jspencer@hsblawfirm.com
ONE North Main Street, 2nd Floor (29601)
P.O. Box 2048
Greenville, South Carolina 29602-2048
Phone: (864) 240-3200
Fax: (864) 240-3300

December 16, 2025
Greenville, South Carolina

*Attorneys for Plaintiff*

---

[1] Duke Energy and Defendants recently sought entry of an order extending the deadlines for Duke Energy to file a response to the Motion and for Defendants to file a reply in support of the Motion (ECF No. 14). However, upon further consideration of the Motion, Duke Energy believes that the Amended Complaint that it filed within twenty-one (21) days of the filing of the Motion both moots and negates the arguments made in the Motion and, therefore, a substantive response is not required. If the Court disagrees with this reasoning, Duke Energy respectfully requests that the Court allow Duke Energy leave to file a substantive response.

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that this Response to Defendants' Motion to Dismiss complies with the Court's June 18, 2024 order related to the use of Artificial Intelligence. The undersigned hereby avers as follows:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexus, FastCase, and Bloomberg; and

2. Every statement and citation to an authority contained in this document has been checked by an attorney in this case and/or paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: /s/ Joshua D. Spencer
*Attorney for Plaintiff*

December 16, 2025
Greenville, South Carolina

## CERTIFICATE OF SERVICE

I certify that on the 16th day of December 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties who have filed an appearance in this lawsuit by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joshua D. Spencer
Attorney for Plaintiff

December 16, 2025
Greenville, South Carolina