IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:25-cv-00159-KDB-DCK

DUKE ENERGY CAROLINAS, LLC,

    *Plaintiff*,

v.

LAKE CRUISES, INC. AND DEBORAH BOGGS HARWELL,

    *Defendants*.

**MOTION TO DISMISS AMENDED COMPLAINT IN LIEU OF ANSWER**

NOW COME DEFENDANTS Lake Cruises, Inc. and Deborah Boggs Harwell (collectively, "Defendants"), by and through the undersigned counsel, and hereby request that this Court dismiss Plaintiff's Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, as this Court lacks subject matter jurisdiction over this case, and as Plaintiff has failed to state a claim as against Defendant Harwell.

In support of this motion, Defendants show unto this Court the following:

1. Plaintiff invokes the jurisdiction of this Court pursuant to 28 U.S.C. § 1331 by purporting to raise a federal question.

2. The sole federal question posited by Plaintiff which could support this Court's subject matter jurisdiction is that Plaintiff brings an action for declaratory judgment pursuant to 28 U.S.C. § 2201.

3. A federal court cannot obtain subject matter jurisdiction over a case solely by virtue of a claim brought under the Declaratory Judgment Act, 28 U.S.C. § 2201 et seq.

4. Further, Defendants do not dispute Plaintiff's contentions regarding federal law.

5. The true dispute at issue is one for trespass to non-federal land, a matter which is properly and quintessentially governed by state law.

6. Plaintiff has attempted to construct a claim which involves a federal question solely for the purpose of having a state-law claim for trespass heard in federal court.

1

7. Plaintiff's purported federal question arises from its licensure of certain rights to control and maintain the property at issue, such licensure having been obtained from the federal government.

8. Defendants have not disputed and do not dispute the existence of Plaintiff's federal licensure.

9. Defendants' Amended Complaint added new, ambiguous assertions as to theoretical rather than actual disputes and thus have not indicated any genuine controversy as to federal law, its interpretation, or its application such that an action for declaratory relief pursuant to 28 U.S.C. § 2201 can exist.

10. This Court does not have original subject matter jurisdiction over an action for trespass to private land which sits within the State of North Carolina's jurisdiction.

11. Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, this Court should dismiss Plaintiff's Amended Complaint in its entirety.

12. Plaintiff's Amended Complaint seeks to pierce the corporate veil and hold Defendant Harwell accountable for actions taken by Defendant Lake Cruises, Inc., a corporation.

13. Plaintiff's Amended Complaint falls well short of satisfying their burden of showing that the corporate veil should be pierced such that Defendant Harwell is a proper defendant.

14. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, this Court should dismiss Plaintiff's Amended Complaint as to Defendant Harwell for failure to state a claim.

Respectfully submitted,

THIS the 20th day of January, 2026.

**TLG Law**

_____
Benjamin J. Axelman
(N.C. Bar #62239)
David G. Redding
(N.C. Bar #24476)
2907 Providence Rd. #303
Charlotte, NC 28211
baxelman@tlg-law.com

dredding@tlg-law.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing MOTION TO DISMISS AMENDED COMPLAINT IN LIEU OF ANSWER with the Clerk of Court using the CM/ECF system, which will send a copy to all counsel as follows:

> Joshua D. Spencer
> HAYNSWORTH SINKLER BOYD, P.A.
> ONE North Main Street, 2nd Floor (29601)
> P.O. Box 2048
> Greenville, South Carolina 29602-2048
> Phone: (864) 240-3200
> Fax: (864) 240-3300
> jspencer@hsblawfirm.com
>
> *Attorney for Plaintiff*

THIS the 20th day of January, 2026.

                                                    **TLG Law**

                                                    _____
Benjamin J. Axelman
(N.C. Bar #62239)
David G. Redding
(N.C. Bar #24476)
2907 Providence Rd. #303
Charlotte, NC 28211
baxelman@tlg-law.com
dredding@tlg-law.com
*Attorneys for Defendants*