**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:25-cv-00159-KDB-DCK**

DUKE ENERGY CAROLINAS, LLC,

    *Plaintiff*,

v.

LAKE CRUISES, INC. and DEBORAH
BOGGS HARWELL,

    *Defendant*.

**DEFENDANTS' MOTION FOR**
**EXTENSION OF TIME TO FILE REPLY**
**BRIEF SUPPORTING MOTION TO**
**DISMISS IN LIEU OF ANSWER**

NOW COME Defendants Lake Cruises, Inc. and Deborah Boggs Harwell ("Defendants")

by and through the undersigned counsel, and respectfully move this Court for an extension of time

within which Defendants have to file their Reply (the "Reply") to Plaintiffs' Memorandum in

Opposition to Defendants' Motion to Dismiss Amended Complaint in Lieu of Answer (ECF 24).

In support of this Motion, Defendants state as follows:

1. A copy of the Summons and Complaint was served on the Defendants on October 16, 2025. ECF 8-9.

2. On October 29, 2025, Defendants filed a Motion for Extension of Time to Answer Plaintiff's Complaint. ECF 5. Such motion was partially granted, giving Defendants until November 26 to file a response to Plaintiff's Complaint. ECF 6.

3. On November 25, 2025, Defendants filed a Motion to Dismiss Plaintiff's Complaint. ECF 11.

4. On December 15, 2025, Plaintiff amended their Complaint. ECF 15.

5. Defendants' original Motion to Dismiss was then, by stipulation and by order, declared to be moot. ECF 17-18.

6. After receiving an extension of time to which all parties consented, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint (the "Motion to Dismiss") on January 20, 2026. ECF 21.

7. After receiving an extension of time to which all parties consented, Plaintiff then filed their response to the Motion to Dismiss on February 17, 2026. ECF 24.

8. The current deadline by which Defendants' must file their Reply, should Defendants choose to do so, is February 24, 2026, and as such has not yet passed.

9. Counsel for Defendants has consulted with counsel for Plaintiff, and counsel for Plaintiff consents to this Motion.

10. This Motion for Extension of Time is instituted in good faith and not for purposes of delay. Defendants seek this extension principally due to the complex nature of the issues which have been raised and argued in Plaintiff's Response to Defendants' Motion to Dismiss.

11. Good cause exists for the entry of an Order enlarging the time within which Defendants may file their Reply, through and including March 10, 2025.

THIS the 20th day of February, 2026.

**TLG LAW**

/s/ Benjamin J. Axelman
Benjamin J. Axelman
David G. Redding
2907 Providence Road, Suite 303
Charlotte, North Carolina 28211
Tel. & Fax: (704) 900-2215
dredding@tlg-law.com
*Attorneys for Defendants*

# <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this date, the undersigned filed the foregoing DEFENDANTS'

MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF SUPPORTING MOTION TO

DISMISS IN LIEU OF ANSWER using the Court's CM/ECF system which will send a

notification of such filing to Plaintiff's counsel via the Court's ECF filing protocol and via

electronic mail addressed as follows:

Joshua D. Spencer
Haynsworth Sinkler Boyd, P.A.
PO Box 2048
Greenville, SC 29602-2048
jspencer@hsblawfirm.com
*Attorney for Plaintiff*

THIS the 20th day of February, 2026.

/s/ Benjamin J. Axelman
Benjamin J. Axelman
*Attorney for Defendants*