# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:25-cv-00159-KDB-DCK

DUKE ENERGY CAROLINAS, LLC,

    *Plaintiff*,

v.

LAKE CRUISES, INC. and DEBORAH
BOGGS HARWELL,

    *Defendants*.

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the law firm of TLG Law (the "Firm"), through the undersigned counsel, David Redding and Benjamin J. Axelman, attorneys for Defendants in the above-captioned matter (this "Matter"), and pursuant to Local Rule 83.1(f) and Rule 1.16 of the North Carolina Rules of Professional Conduct, respectfully moving this Court to permit each of the attorneys who have appeared on behalf of Defendants in this action and the Firm (collectively, "Counsel") to withdraw as attorneys for Defendants. In support of this Motion, Counsel submits the following:

1. Certain issues have arisen between Counsel and Defendants regarding certain obligations of Defendants, making Counsel's continued representation of Defendants in this action untenable.

2. Counsel is permitted to withdraw pursuant to Rules 1.16(b)(6) and 1.16(b)(7) of the North Carolina Rules of Professional Conduct.

3. Defendants have been notified of Counsel's intent to withdraw if Defendants did not satisfy certain obligations by a date certain.

4. The time within which Defendants had to satisfy their aforementioned obligations has expired.

5. This Motion is being made for good cause shown.

6. As of the date of this Motion, there are no hearings scheduled nor any outstanding filing deadlines.

7. The most recent filing in this matter was Defendants' Reply in Support of Motion to Dismiss, filed on March 10, 2026. ECF 26. The underlying Motion to Dismiss filed by Defendants on January 20, 2026, ECF 21, remains pending before this Court.

8. This matter has not yet been scheduled for trial, pleadings have not yet closed, and no discovery has yet been conducted.

9. Counsel respectfully requests that Defendants have reasonable time to retain replacement counsel prior to the setting of any hearings or filing deadlines. Counsel does not otherwise foresee substantial prejudice to any of the parties arising from Counsel's withdrawal.

10. Upon entry of an Order allowing the undersigned counsel to withdraw, all future correspondence should be served directly upon Defendants at the addresses referenced in the Certificate of Service hereinbelow.

WHEREFORE, for the reasons stated herein, Counsel respectfully moves the Court to enter an order permitting Counsel to withdraw from its representation of Defendants, and for any other relief as this Court deems just and proper.

THIS the 7th day of April, 2026.

TLG LAW

Benjamin J. Axelman (N.C. Bar # 62239)
David Redding (N.C. Bar # 24476)
2907 Providence Road, Suite 303
Charlotte, NC 28211
(704) 900-2215
baxelman@tlg-law.com
dredding@tlg-law.com
*Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this date, the undersigned filed the foregoing MOTION TO WITHDRAW AS COUNSEL using the Court's CM/ECF system which will send a notification of such filing to Plaintiff's counsel via the Court's ECF filing protocol and via electronic mail addressed as follows:

Joshua D. Spencer
Haynsworth Sinkler Boyd, P.A.
PO Box 2048
Greenville, SC 29602-2048
jspencer@hsblawfirm.com
*Attorney for Plaintiff*

The undersigned further hereby certifies that the foregoing MOTION TO WITHDRAW AS COUNSEL was served upon Defendants via the United States Postal Service Certified Mail, addressed as follows:

Lake Cruises, Inc.
ATTN: Deborah Boggs Harwell, Registered Agent
131 Dedham Loop
Mooresville, NC 28117

Deborah Boggs Harwell
131 Dedham Loop
Mooresville, NC 28117

THIS the 7th day of April, 2026.

Benjamin J. Axelman

3