# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CASE NO.  5:25-CV-159-MEO-DCK

DUKE ENERGY CAROLINAS, LLC,　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　)　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
LAKE CRUISES, INC., et al.,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　)
　　　　　　　　　　　　　　　　　　)

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Withdraw As Counsel" (Document No. 27) filed April 7, 2026.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion without prejudice.

By the instant motion, counsel for Defendants seeks to withdraw because "[c]ertain issues have arisen between Counsel and Defendants regarding certain obligations of Defendants, making Counsel's continued representation of Defendants in this action untenable."  (Document No. 27, p. 1).  Defense counsel represents "Defendants have been notified of Counsel's intent to withdraw if Defendants did not satisfy certain conditions by a date certain [and t]he time within which Defendants had to satisfy their aforementioned obligations has expired."  (<u>Id.</u>)  Local Civil Rule 83.1(f) requires that counsel seeking to withdraw must submit a motion supported by the written consent of their client or otherwise show good cause for withdrawal.  The motion does not include written consent of Defendants, and the undersigned respectfully finds the information in the motion insufficient to support a finding of good cause for withdrawal.

1

**IT IS, THEREFORE, ORDERED** that the "Motion To Withdraw As Counsel" (Document No. 27) is **DENIED without prejudice**.

**SO ORDERED**.

Signed: April 8, 2026

David C. Keesler
United States Magistrate Judge

2